■ In the Matter of the Claim of ASHLEY GONZALEZ, Appellant. COMMISSIONER OF LABOR, Respondent. [40 NYS3d 305]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 13, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Garry, Egan Jr., Lynch and Rose, JJ., concur. Ordered that the decision is affirmed, without costs.